■ FRANCES D. GRANT, Appellant, v. JAMES F. GRANT, Respondent. (Appeal No. 2.) — Order unanimously affirmed, without costs, with leave to plaintiff to apply to Special Term for payment of her reasonable legal fees and expenses in connection with appeal in *Grant v. Grant* (42 A D 2d 836) decided herewith. (Appeal from order of Oswego Special Term denying motion for printing disbursements and counsel fees.) Present — Goldman, P. J., Witmer, Moule, Cardamone and Simons, JJ.